UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA T. JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALICE MARONI,[1] Acting Director, Pension Benefit Guaranty Corp.,<br><br>　　　　　　　　Defendant. | Civil Action No. 23-2042 (AHA) |

## DEFENDANT STATUS REPORT

Pursuant to the Court's March 26, 2025 Minute Order, Defendant respectfully submits the following Status Report:

1.　Plaintiff filed her Amended Complaint on March 21, 2024, ECF No. 13. Currently pending before the Court is Defendant's Motion to Dismiss, ECF No. 14.

2.　As the Court is now aware, *see* Status Report, ECF No. 26, Defendant conferred with Plaintiff via email last week regarding whether this matter can be referred to a magistrate judge for all purposes. Plaintiff stated in a March 26, 2025 email to the undersigned counsel: "I, Valda T. Johnson, DO NOT AGREE to have this reassigned to a magistrate judge at this time." Plaintiff appears to have neglected to provide this portion of the parties' communication to the Court.

3.　While Defendant would not object to the referral of this case to a magistrate judge if that would assist the Court in managing its docket, Defendant's understanding—based on

---

[1]　Pursuant to Federal Rule of Civil Procedure 25(d), Alice Maroni is automatically substituted as Defendant in place of her predecessor in office.

Plaintiff's March 26, 2025 written communication—is that the parties do not mutually consent to a referral of this case to a magistrate judge.

Date: April 3, 2025    Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar # 481866
United States Attorney


By:      /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW
D.C. Bar No. 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: 202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*